UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Tyrone Noel Nunn, | Case No. 2:24-cv-01644-CDS-NJK |
| Plaintiff | **Order Administratively Closing Case** |
| v. | |
| Department of Corrections, et al., | |
| Defendants | |

State prisoner Tyrone Nunn, who has filed many lawsuits in this court, recently submitted an application to proceed *in forma pauperis* (IFP) along with a notice asking the court to file the IFP application in 11 different civil-rights actions. ECF Nos. 1, 1-1. Because Nunn did not identify a case number in the notice's caption, the Clerk's Office docketed this filing as a new action. Having reviewed the application and notice, I find that Nunn intended to file his IFP application in several of his other lawsuits and did not intend to initiate a new action. This case will be administratively closed because it was opened in error, and the court will return the IFP application and notice back to Nunn. If Nunn wishes to file the IFP application in one of his open cases, then he must list the case number in the caption of the document. *See* Nev. LR IA 10-2 (detailing the required format for filed documents which includes a case number).

It is therefore ordered that the Clerk of the Court administratively close this case and send plaintiff Tyrone Nunn a courtesy copy of his filing (ECF Nos. 1, 1-1).

Nunn is cautioned that no other documents may be filed in this now-closed case.

Dated: September 30, 2024

_____
Cristina D. Silva
United States District Judge